```
McGREGOR W. SCOTT
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | No. 1:08-mj-000056 DLB |
|                                  ) | |
|         Plaintiff,               ) | STIPULATION AND [PROPOSED] ORDER |
|                                  ) | |
| v.                               ) | |
|                                  ) | |
| MARIO M. VOLPA,                  ) | |
|                                  ) | |
|         Defendant.               ) | |
| _____  ) | |

   The parties are presently engaged in plea discussions which may make it unnecessary for Plaintiff to respond to, and the court to rule on, defendant's pending Motion to Strike Erroneous Citation and to Set for Speedy Trial.  Therefore,

   IT IS HEREBY STIPULATED by and between the parties hereto and through their attorneys of record that the defendant's pending Motion to Strike Erroneous Citation and to Set for Speedy Trial, currently set for April 24, 2008, may be taken of calendar.

   IT IS FURTHER STIPULATED that this matter shall be set for a status conference on April 24, 2008, at 10:00 a.m.  At this status conference, the parties will request the court to set a briefing

//

//

1

1 | schedule and new hearing date for defendant's pending motion.

2 |                                         McGREGOR W. SCOTT
                                        United States Attorney

4 | DATED: April 22, 2008    By    /s/ Mark J. McKeon
                                        MARK J. McKEON
                                        Assistant U.S. Attorney

7 | DATED: April 22, 2008        /s/ Douglas Beevers
                                        DOUGLAS BEEVERS
                                        Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

**Dated:   April 23, 2008**          **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE